ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Eduardo Esparza

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EDUARDO ESPARZA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant, | CASE NO. CV 24-10050-MBK<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of ONE-THOUSAND EIGHTY-TWO DOLLARS and NINETY-ONE CENTS ($1,082.91) as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: 3/26/2025　　　　　　　_____
　　　　　　　　　　　　　　　MICHAEL B. KAUFMAN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-